```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 42065
   BORIS LEVITCHI SR
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0424

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/12/2004 and was confirmed 01/12/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  85.47% from remaining funds.

     The case was dismissed after confirmation 08/29/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
CAPITAL ONE SERVICES       UNSECURED       NOT FILED        .00            .00
CAPITAL ONE SERVICES       UNSECURED       NOT FILED        .00            .00
CAPITAL ONE SERVICES       UNSECURED       NOT FILED        .00            .00
CAPITAL ONE SERVICES       UNSECURED       NOT FILED        .00            .00
CREDIT FIRST               UNSECURED         1182.68        .00         795.42
FINGERHUT                  UNSECURED          919.07        .00         618.66
FIRST FINANCIAL CREDIT U   UNSECURED         3369.77        .00        2266.34
ECAST SETTLEMENT CORP      UNSECURED          498.93        .00         335.84
KOHLS                      UNSECURED         1145.68        .00         770.53
ECAST SETTLEMENT CORP      UNSECURED         1689.23        .00        1137.11
ECAST SETTLEMENT CORP      UNSECURED         1404.92        .00         945.72
RESURGENT ACQUISITION LL   UNSECURED         3612.19        .00        2431.59
RESURGENT ACQUISITION LL   UNSECURED         2080.05        .00        1400.22
ROUNDUP FUNDING LLC        UNSECURED          879.07        .00         591.22
JP MORGAN CHASE BANK NA    UNSECURED             .00        .00            .00
RESURGENT ACQUISITION LL   UNSECURED             .00        .00            .00
RESURGENT ACQUISITION LL   UNSECURED             .00        .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY      2,700.00                   2,700.00
TOM VAUGHN                 TRUSTEE                                       758.05
DEBTOR REFUND              REFUND                                           .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               14,750.70

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                11,292.65
ADMINISTRATIVE                            2,700.00
TRUSTEE COMPENSATION                        758.05

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 42065 BORIS LEVITCHI SR
```

```
DEBTOR REFUND                                                               .00
                                       ---------------         ---------------
TOTALS                                       14,750.70               14,750.70
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                         /s/ Tom Vaughn
     Dated: 12/03/07                     _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE